UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT DURRANT,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C20-5354 RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

       The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

       (1)    Plaintiff shall be issued summonses.

       (2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

       DATED this 17th day of April, 2020.

                                                                              _____
                                                                             BRIAN A. TSUCHIDA
                                                                              Chief United States Magistrate Judge