UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SCOTT DURRANT, | Civil No. 3:20-CV-05354-RAJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including July 14, 2020, to file a Response to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file a status report or another motion for extension.

DATED this 17th day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Page 1     ORDER - [3:20-CV-05354-RAJ]